# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TERRY ANDERSON, | : | No. 20 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KIMBERLY A. BARKLEY, SECRETARY | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, the "Petition for Writ of Mandamus" is **DENIED**, and the Motion to Dismiss for Mootness is **DISMISSED AS MOOT**.